**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| ALBERTUS CONNER, JR. | CIVIL ACTION NO. 05-774-P |
|---|---|
| VERSUS | JUDGE HICKS |
| STEVE PRATOR, ET AL. | MAGISTRATE JUDGE HAYES |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of <u>habeas</u> <u>corpus</u> is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 16th day of February, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE